IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **STEPHANIE GOODMAN,**<br>            **Plaintiff,**<br><br>                        v.<br><br>**NORRISTOWN AREA SCHOOL DISTRICT,**<br>            **Defendants.** | **CIVIL ACTION**<br><br><br><br><br>**NO. 20-1682** |

# O R D E R

**AND NOW**, this 4th day of September, 2020, upon consideration of Defendant's Motion to Dismiss and Motion to Strike (ECF 19), Plaintiff's Opposition (ECF 22), and Defendant's Reply (ECF 23), **IT IS ORDERED** that Defendant's motion's Motion to Dismiss is **GRANTED IN PART** and **DENIED IN PART**. It is **GRANTED** as to Plaintiff's PHRA age and race discrimination claims; as to her PHRA retaliation claim stemming from the alleged October 2016 incident; as to her PHRA retaliation claim stemming from the alleged Summer 2019 incidents; and to her Title VII retaliation claim stemming from the alleged Summer 2019 incidents. It is **DENIED** in all other respects.

**IT IS FURTHER ORDERED** that Defendant's Motion to Strike is **GRANTED IN PART** and **DENIED IN PART**. It is **GRANTED** as to footnote 1 of the Amended Complaint; it is **DENIED** with respect to Paragraphs 16 and 18.

                                                                **BY THE COURT:**

                                                                /s/Wendy Beetlestone, J.

                                                                _____
                                                                **WENDY BEETLESTONE, J.**