IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| STEPHANIE GOODMAN,<br>              Plaintiff,<br><br>v.<br><br>NORRISTOWN AREA SCHOOL DISTRICT,<br>              Defendants. | CIVIL ACTION<br><br><br><br>NO.  20-1682 |

# O R D E R

**AND NOW**, this 22nd day of December, 2021, upon consideration of Defendant's Motion for Summary Judgment (ECF Nos. 42 & 52), and Plaintiff's Opposition thereto (ECF No. 47), **IT IS HEREBY ORDERED** that Defendant's Motion is **GRANTED IN PART** and **DENIED IN PART**. It is **GRANTED** as to Plaintiff's retaliation claims which claims are **HEREBY DISMISSED**. It is **DENIED** in all other respects.

BY THE COURT:

/s/Wendy Beetlestone, J.

---
**WENDY BEETLESTONE, J.**